UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARTY ROGIER, )<br>    Plaintiff, )<br>            )<br>vs.             )<br>            )<br>VINCENNES UNIVERSITY, )<br>    Defendant. ) | CAUSE NO. 3:25-cv-79 |

**COMPLAINT FOR DAMAGES**
(Demand for Jury Trial)

Comes now the Plaintiff, Marty Rogier, and for his Complaint against the Defendant, Vincennes University, states as follows:

NATURE OF CAUSE

1. This action is brought under the provisions of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, et. seq.

JURISDICTION

2. Marty Rogier ("Rogier") is a male citizen of the United States and a resident of this judicial district.

3. Defendant Vincennes University ("Vincennes University") is a public, two-year community college in Indiana.

4. At all times relevant to this Complaint, Vincennes University received federal funding.

5. The unlawful acts complained of in this Complaint occurred in this judicial district, and venue is proper within this District.

6. In or about January, 2025, Rogier filed a Complaint against Vincennes University with the Office of Civil Rights for the unlawful acts complained of herein.

7. All conditions precedent to the institution of this action have been met.

## GENERAL ALLEGATIONS

8. Rogier became employed with Vincennes University as a track and field and cross-country coach in or about June, 2021.

9. As a track and field and cross-country coach, Rogier was required to recruit, retain, and coach track and field and cross-country athletes.

10. Beginning in or about the summer of 2024 and continuing until Rogier's termination, Vincennes University discriminated against Rogier's athletes whose national origin was not the United States.

11. Vincennes University arbitrarily implemented certain financial policies that placed significant burdens on Vincennes University track and field and cross-country athletes who were not from the United States (hereinafter referred to as "International Students") while not placing those same burdens on those athletes originating from the United States.

12. Vincennes University also arbitrarily denied the International Students the opportunity to use their scholarship funds to remain in campus housing throughout the summer despite the fact that the pertinent collegiate athletics regulations allowed for scholarship funds to be applied to summer housing.

13. Vincennes University also otherwise discriminated against the International Students during the admissions process into the university.

14. In or about August, 2024, Rogier met with a representative from the Vincennes University Human Resources Department to complain of the discrimination of his International Student who were being discriminated against based on their national origin.

15. Immediately after meeting with a human resource representative, Vincennes

University President Charles R. Johnson notified Rogier by letter that he was "immediately suspending [his] ability to offer Letters of Intent to non-US student-athletes for next year," canceling all letters of intent offered to student-athletes who had been offered scholarships but had not yet enrolled, and prohibiting Rogier from offering letters of intent to any "non-US student-athletes in Track and Field or Cross Country" for 2025.

16. On or about November 13, 2024, Rogier lodged a "Formal Complaint Against Unfair Treatment of International Student Athletes" ("Complaint") with Vincennes University.

17. Rogier met with Vincennes University trustees on or about November 14, 2024 to express his concerns and address his complaint about the discrimination of those athletes based on their national origin. One of those trustees summarily dismissed Rogier's concerns by email after that meeting, and a Complaint Review Committee denied Rogier's Complaint in writing on December 6, 2024.

18. Upon information and belief, Vincennes University did not follow its own complaint review process in considering Rogier's Complaint.

19. On or about December 16, 2024, Rogier filed an appeal of the denial of his Complaint and requested a formal hearing of his Complaint.

20. The next day, on December 17, 2024, Vincennes University terminated Rogier's employment.

## COUNT I – TITLE VI RETALIATION

21. Rogier hereby incorporates the allegations contained in paragraphs 1-20.

22. Vincennes University receives federal funds and is prohibited under Title VI of the Civil Rights Act of 1964 from discriminating against persons in the United States on the basis of national origin.

23. Rogier opposed and complained to Vincennes University that he believed Vincennes University was unlawfully discriminating against his International Students.

24. Rogier subjectively and reasonably believed that Vincennes University's conduct was unlawful.

25. Rogier's belief was objectively reasonable.

26. In response to Rogier's Complaint, Vincennes University unlawfully retaliated against him.

27. Vincennes University's conduct was wilful and intentional.

28. As a result of Vincennes University's retaliation, Rogier has suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, Rogier respectfully prays for judgment against Vincennes University including but not limited to:

a. Unpaid wages, front pay, benefits, prejudgment interest, and other compensations due and owing;

b. Costs incurred in pursuing this action, including reasonable attorney fees and the fees of Rogier's experts, if any;

c. This Court retaining jurisdiction of this action to ensure full compliance by Vincennes University with the Court's judgment and decree; and

d. All such other relief to which Rogier may be entitled and which may be just and proper in the premises.

BARBER & BAUER, LLP
124 SE First Street, Suite 101
Evansville, Indiana 47708
Telephone: (812) 425-9211

By: */s/ Erin Bauer*
     Erin Bauer, No. 27733-82

## JURY DEMAND

Rogier demands trial by jury on all counts of this Complaint

                              BARBER & BAUER, LLP
                              124 SE First Street, Suite 101
                              Evansville, Indiana 47708
                              Telephone: (812) 425-9211

By:  */s/ Erin Bauer*
           Erin Bauer, No. 27733-82